IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | 4:19-cr-00172-RGE-HCA-2 |
| vs. | ORDER GRANTING IN PART AND<br>DENYING IN PART MOTION TO MODIFY<br>CONDITIONS OF PRETRIAL RELEASE |
| RUBY KATHERINE MONTOYA,<br>Defendant. | |

On May 21, 2020, Defendant Ruby Katherine Montoya filed a Motion to Modify Conditions of Pretrial Release [59]. The Government responded on May 29, 2020 [61].

Defendant Montoya requests that the Court modify her terms of electronic monitoring from home detention to curfew, asserting "it would allow Defendant Montoya the ability to do additional activities like professional outreach, networking with colleagues, visiting family and students, and exercise" [59 ¶ 6]. The Government has no objection to modifying Defendant Montoya's terms of release to allow her to exercise, but it resists the modification from home detention to curfew [61 ¶ 4].

The Court grants in part and denies in part Defendant's motion. Defendant's conditions are modified to allow her to leave her residence to exercise provided she provides the United States Probation Office with her exercise schedule. Pursuant to the Order Setting Conditions of Release, as modified [21], [28], the United States Probation Office may approve Defendant's specific requests to leave the residence for other activities, on a situation by situation basis, such as professional outreach. The Court, however, will not modify the conditions to allow Defendant an unfettered ability to leave her residence for undefined activities such as "professional outreach." Defendant has the ability to visit with friends, family, and students via the telephone or at her residence as long as the visits do not violate another condition of her release.

IT IS SO ORDERED.

Dated May 29, 2020.

Helen C. Adams
Chief U.S. Magistrate Judge